# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE E. UNDERWOOD,<br><br>Plaintiff,<br><br>v.<br><br>F. GONZALES, et al.<br><br>Defendants.<br>_____ / | CASE NO. 1:11-cv-1710-LJO-MJS (PC)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 4)<br><br>PLAINTIFF MUST RESPOND BY MAY 4, 2012 |

Plaintiff Valentine E. Underwood ("Plaintiff") is a former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court, on December 5, 2011, ordered Plaintiff to either consent or decline Magistrate Judge jurisdiction January 9, 2012. (ECF No. 4.) January 9, 2012, has passed without Plaintiff either consenting or declining or filing a request for an extension of time to do so.

Local Rule 110 provides that "failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." District courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case." Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based on a party's

failure to prosecute an action, failure to obey a court order, or failure to comply with local rules.  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

Plaintiff has not responded to the Court's December 5, 2011, Order.  The Clerk's Office is ORDERED to send Plaintiff another order regarding consent or request for reassignment.

Plaintiff will be given one more opportunity, until **May 4, 2012**, **and no later**, to consent or decline Magistrate Judge jurisdiction or show cause why this case should not be dismissed for failure to comply with a Court order.  **Failure to meet this deadline will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   April 19, 2012                        /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE