IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE E. UNDERWOOD, | 1:11-CV-01710-LJO-MJS (PC) |
| Plaintiff, | ORDER DISCHARGING ORDERS TO SHOW CAUSE |
| v. | (ECF NOS. 6, 8) |
| F. GONZALEZ, et al., | |
| Defendants. / | |

Plaintiff Valentine E. Underwood is a former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court, on December 5, 2011, ordered Plaintiff to either consent to or decline Magistrate Judge jurisdiction by January 9, 2012. (Sec. Order re Consent, ECF No. 4.) January 9, 2012 passed without Plaintiff either consenting or declining or filing a request for an extension of time to do so.

The Court, on April 19, 2012, issued an Order to Show Cause requiring that, by not later than May 4, 2012, Plaintiff consent or decline Magistrate Judge jurisdiction or show cause why this case should not be dismissed for failure to comply with a Court order. (Order to Show Cause, ECF No. 6.)

Plaintiff filed a Response to Order to Show Cause on May 1, 2012, notifying the

1 Court "that he declines Magistrate Judge Jurisdiction on this matter." (Resp. to Order to
2 Show Cause, ECF No. 7 at 1.)  However, Plaintiff failed to complete and return the Court's
3 form Order Regarding Consent or Request for Reassignment.
4     The Court, on May 4, 2012 issued an Amended Order to Show Cause requiring that,
5 by not later than May 25, 2012 Plaintiff complete and return the form Order Regarding
6 Consent or Request for Reassignment or show cause why this case should not be
7 dismissed for failure to comply with a Court order. (Am. Order to Show Cause, ECF No. 8.)
8     Plaintiff, on May 14, 2012 filed with the Court a completed form  declining Magistrate
9 Judge jurisdiction.
10     Accordingly, for good cause shown IT IS HEREBY ORDERED that the April 19,
11 2012 Order to Show Cause and the May 4, 2012 Amended Order to Show Cause (ECF
12 No. 6, 8) are discharged.

17 IT IS SO ORDERED.
18 Dated:   May 17, 2012                    /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE